UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

STACEY LYNN WILLIAMS            Case No.: 1-15-00415-HWV
Chapter 13

Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**            **MORTGAGE INFORMATION**

Creditor Name:            USDA RURAL HOUSING SERVICE
Court Claim Number:            03
Last Four of Loan Number:            1820/PRE ARREARS/LOT #2 M STREET
Property Address if applicable:            222 M STREET, , LITTLESTOWN, PA17340

**PART 2:**            **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:            $20,573.96
b. Prepetition arrearages paid by the Trustee:            $20,573.96
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c):            $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:            $0.00
e. Allowed postpetition arrearage:            $0.00
f. Postpetition arrearages paid by the Trustee:            $0.00
g. Total b, d, f:            $20,573.96

**PART 3:**            **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**            **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 23, 2020 	Respectfully submitted,

                s/ Charles J. DeHart, III, Trustee
                Standing Chapter 13 Trustee
                Suite A, 8125 Adams Drive
                Hummelstown, PA  17036
                Phone:  (717) 566-6097
                Fax:  (717) 566-8313
                eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  USDA RURAL HOUSING SERVICE
Court Claim Number:  03

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|------------|----------|------------|
| 5200 | 1150767 | 06/14/2016 | $213.00 | $0.00 | $213.00 |
| 5200 | 1152154 | 07/07/2016 | $447.93 | $0.00 | $447.93 |
| 5200 | 1153693 | 08/04/2016 | $447.93 | $0.00 | $447.93 |
| 5200 | 1155252 | 09/01/2016 | $453.63 | $0.00 | $453.63 |
| 5200 | 1156895 | 10/05/2016 | $453.63 | $0.00 | $453.63 |
| 5200 | 1158472 | 11/02/2016 | $446.03 | $0.00 | $446.03 |
| 5200 | 1167862 | 05/11/2017 | $187.92 | $0.00 | $187.92 |
| 5200 | 1169478 | 06/13/2017 | $515.05 | $0.00 | $515.05 |
| 5200 | 1170820 | 07/06/2017 | $309.03 | $0.00 | $309.03 |
| 5200 | 1172370 | 08/10/2017 | $1,547.95 | $0.00 | $1547.95 |
| 5200 | 1173886 | 09/19/2017 | $618.06 | $0.00 | $618.06 |
| 5200 | 1175103 | 10/11/2017 | $309.03 | $0.00 | $309.03 |
| 5200 | 1176461 | 11/08/2017 | $410.28 | $0.00 | $410.28 |
| 5200 | 1177855 | 12/05/2017 | $410.28 | $0.00 | $410.28 |
| 5200 | 1179302 | 01/11/2018 | $307.71 | $0.00 | $307.71 |
| 5200 | 1180648 | 02/08/2018 | $307.71 | $0.00 | $307.71 |
| 5200 | 1182022 | 03/08/2018 | $410.28 | $0.00 | $410.28 |
| 5200 | 1183393 | 04/03/2018 | $69.80 | $0.00 | $69.80 |
| 5200 | 1186558 | 05/15/2018 | $615.42 | $0.00 | $615.42 |
| 5200 | 1187755 | 06/07/2018 | $1,751.07 | $0.00 | $1751.07 |
| 5200 | 1189224 | 07/12/2018 | $512.85 | $0.00 | $512.85 |
| 5200 | 1190563 | 08/09/2018 | $307.71 | $0.00 | $307.71 |
| 5200 | 1191864 | 09/06/2018 | $390.13 | $0.00 | $390.13 |
| 5200 | 1193236 | 10/10/2018 | $512.85 | $0.00 | $512.85 |
| 5200 | 1194585 | 11/08/2018 | $408.52 | $0.00 | $408.52 |
| 5200 | 1196012 | 12/13/2018 | $510.65 | $0.00 | $510.65 |
| 5200 | 1197354 | 01/10/2019 | $408.52 | $0.00 | $408.52 |
| 5200 | 1198417 | 02/07/2019 | $408.52 | $0.00 | $408.52 |
| 5200 | 1199732 | 03/12/2019 | $510.65 | $0.00 | $510.65 |
| 5200 | 1201127 | 04/11/2019 | $408.52 | $0.00 | $408.52 |
| 5200 | 1202433 | 05/09/2019 | $408.52 | $0.00 | $408.52 |
| 5200 | 1203761 | 06/06/2019 | $408.52 | $0.00 | $408.52 |
| 5200 | 1205183 | 07/11/2019 | $1,759.82 | $0.00 | $1759.82 |
| 5200 | 1206510 | 08/07/2019 | $408.52 | $0.00 | $408.52 |
| 5200 | 1208040 | 09/26/2019 | $724.57 | $0.00 | $724.57 |
| 5200 | 1209002 | 10/10/2019 | $106.96 | $0.00 | $106.96 |
| 5200 | 1210235 | 11/07/2019 | $511.75 | $0.00 | $511.75 |
| 5200 | 1211624 | 12/12/2019 | $511.75 | $0.00 | $511.75 |
| 5200 | 1212983 | 01/16/2020 | $511.75 | $0.00 | $511.75 |
| 5200 | 1214317 | 02/13/2020 | $409.40 | $0.00 | $409.40 |
| 5200 | 1215631 | 03/12/2020 | $201.74 | $0.00 | $201.74 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

STACEY LYNN WILLIAMS    Case No.: 1-15-00415-HWV
                        Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 23, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| GARY J. IMBLUM, ESQUIRE<br>4615 DERRY STREET<br>HARRISBURG PA, 17111- | SERVED ELECTRONICALLY |
| CENTRALIZED SERVICING CENTER<br>PO BOX 66879<br>ST. LOUIS, MO, 63166 | SERVED BY 1ST CLASS MAIL |
| STACEY LYNN WILLIAMS<br>222 M STREET<br>LITTLESTOWN, PA 17340 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 23, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com