**Fill in this information to identify the case:**

Debtor 1    STACEY LYNN WILLIAMS

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Middle District of Pennsylvania
    (State)

Case number    15-00415

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** USDA Rural Housing Service

**Court claim no.** (if known):

**Last 4 digits** of any number you use to identify the debtor's account:    1  8  2  0

**Property address:** 222 M STREET
    Number    Street

    LITTLESTOWN    PA    17340
    City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
    MM / DD / YYYY

[✓] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.    Total postpetition ongoing payments due:     (a)  $ 38,405.00

b.    Total fees, charges, expenses, escrow, and costs outstanding:     + (b) _____

c.    **Total**. Add lines a and b.     (c)  $ 38,405.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     02/28/2015
    MM / DD / YYYY

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☑ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Peggy Spisak
         Signature

Date    03/25/2020

Print    Peggy Spisak
         First Name    Middle Name    Last Name

Title    Bankruptcy Specialist

Company    USDA - Rural Housing Service

If different from the notice address listed on the proof of claim to which this response applies:

Address _____
         Number         Street

         _____
         City                State    ZIP Code

Contact phone  ( 800 ) 349 – 5097    Ext. 5407

Email  csc.bkr@stl.usda.gov

## CERTIFICATE OF SERVICE

I,    Peggy Spisak    , do hereby certify that on 03/25/2020 , I served copies of Response to Notice of Final Cure Payment to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

By U.S. Mail, postage prepaid:

Debtor(s)

STACEY LYNN WILLIAMS

222 M STREET
LITTLESTOWN, PA 17340

Via CM/ECF:

Debtor's Attorney of Record:

Chapter 13 Trustee:

Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Date:    03/25/2020

/s/    Peggy Spisak
_____
Peggy Spisak
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext. 3722

**Motion Work Sheet**

| CUSTOMER NAME | STACEY LYNN WILLIAMS |
|---|---|
| ACCOUNT NUMBER | *1820 |
| DATE OF FILING | 2/4/2015     BKR CASE #   15-00415 |

| Payment Due Date | Principal & Interest + | ESCROW + | LATE Fees = | Total AMT DUE | | DATE RCV'D | AMT RCV'D | | DATE RCV'D | AMT RCV'D |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **POST-PETITION Paid by Debtor** | | | **PRE-PETITION Paid by Trustee** | |
| 2/28/2015 | $636.72 | $347.64 | | $984.36 | | | | | | |
| 3/28/2015 | $347.75 | $347.64 | | $695.39 | | 3/6/2015 | $624.68 | | | |
| 4/28/2015 | $347.75 | $347.64 | | $695.39 | | 4/28/2015 | $639.69 | | | |
| 5/28/2015 | $347.75 | $347.64 | | $695.39 | | | | | | |
| 6/28/2015 | $347.75 | $347.64 | | $695.39 | | | | | | |
| 7/28/2015 | $347.75 | $347.64 | | $695.39 | | 7/6/2015 | $639.69 | | | |
| 8/28/2015 | $347.75 | $347.64 | | $695.39 | | 8/12/2015 | $639.69 | | | |
| 9/28/2015 | $347.75 | $346.24 | | $693.99 | | | | | | |
| 10/28/2015 | $347.75 | $346.24 | | $693.99 | | | | | | |
| 11/28/2015 | $347.75 | $346.24 | | $693.99 | | 11/9/2015 | $680.00 | | | |
| 12/28/2015 | $347.75 | $346.24 | | $693.99 | | | | | | |
| 1/28/2016 | $347.75 | $346.24 | | $693.99 | | 1/12/2016 | $400.00 | | | |
| 2/28/2016 | $347.75 | $346.24 | | $693.99 | | 2/10/2016 | $300.00 | | | |
| 3/28/2016 | $347.75 | $346.24 | | $693.99 | | | | | | |
| 4/28/2016 | $347.75 | $346.24 | | $693.99 | | 4/18/2016 | $680.00 | | | |
| 5/28/2016 | $347.75 | $346.24 | | $693.99 | | | | | | |
| 6/28/2016 | $347.75 | $361.84 | | $709.59 | | | | | | |
| 7/28/2016 | $347.75 | $361.84 | | $709.59 | | | | | | |
| 8/28/2016 | $347.75 | $361.84 | | $709.59 | | | | | | |
| 9/28/2016 | $347.75 | $361.84 | | $709.59 | | | | | 9/29/2016 | $213.00 |
| 10/28/2016 | $347.75 | $361.84 | | $709.59 | | | | | 10/13/2016 | $447.93 |
| 11/28/2016 | $347.75 | $361.84 | | $709.59 | | | | | 11/5/2016 | $453.63 |
| | | | | | | | | | 11/27/2016 | $447.93 |
| 12/28/2016 | $347.75 | $361.84 | | $709.59 | | | | | 12/5/2016 | $453.63 |
| | | | | | | | | | 12/19/2016 | $446.03 |
| 1/28/2017 | $347.75 | $361.84 | | $709.59 | | | | | | |
| 2/28/2017 | $347.75 | $361.84 | | $709.59 | | | | | | |
| 3/28/2017 | $347.75 | $361.84 | | $709.59 | | | | | | |
| 4/28/2017 | $347.75 | $361.84 | | $709.59 | | | | | | |
| 5/28/2017 | $347.75 | $361.84 | | $709.59 | | | | | | |
| 6/28/2017 | $347.75 | $366.28 | | $714.03 | | | | | | |
| 7/28/2017 | $347.75 | $366.28 | | $714.03 | | | | | | |
| 8/28/2017 | $347.75 | $366.28 | | $714.03 | | | | | 8/7/2017 | $187.92 |

# Motion Work Sheet

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 8/21/2017 | $515.05 |
| | | | | | | | | | | | 8/31/2017 | $309.03 |
| 9/28/2017 | $347.75 | $366.28 | | | $714.03 | | | | | | 9/18/2017 | $1,547.95 |
| | | | | | | | | | | | 9/27/2017 | $618.06 |
| 10/28/2017 | $347.75 | $366.28 | | | $714.03 | | | | | | 10/21/2017 | $309.03 |
| 11/28/2017 | $347.75 | $366.28 | | | $714.03 | | | | | | | |
| 12/28/2017 | $347.75 | $366.28 | | | $714.03 | | | | | | 12/2/2017 | $410.28 |
| | | | | | | | | | | | 12/28/2017 | $410.28 |
| 1/28/2018 | $347.75 | $366.28 | | | $714.03 | | | | | | 1/26/2018 | $307.71 |
| 2/28/2018 | $347.75 | $366.28 | | | $714.03 | | | | | | 2/28/2018 | $307.71 |
| 3/28/2018 | $347.75 | $366.28 | | | $714.03 | | | | | | | |
| 4/28/2018 | $347.75 | $366.28 | | | $714.03 | | | | | | 4/5/2018 | $410.28 |
| | | | | | | | | | | | 4/18/2018 | $69.80 |
| 5/28/2018 | $347.75 | $366.28 | | | $714.03 | | | | | | | |
| 6/28/2018 | $347.75 | $374.82 | | | $722.57 | | | | | | 6/21/2018 | $615.42 |
| | | | | | | | | | | | 6/28/2018 | $1,751.07 |
| 7/28/2018 | $347.75 | $374.82 | | | $722.57 | | | | | | 7/26/2018 | $512.85 |
| 8/28/2018 | $347.75 | $374.82 | | | $722.57 | | | | | | 8/16/2018 | $307.71 |
| 9/28/2018 | $347.75 | $374.82 | | | $722.57 | | | | | | 9/22/2018 | $390.13 |
| 10/28/2018 | $347.75 | $374.82 | | | $722.57 | | | | | | | |
| 11/28/2018 | $347.75 | $374.82 | | | $722.57 | | | | | | 11/7/2018 | $512.85 |
| 12/28/2018 | $347.75 | $374.82 | | | $722.57 | | | | | | 12/1/2018 | $408.52 |
| 1/28/2019 | $347.75 | $374.82 | | | $722.57 | | | | | | | |
| 2/28/2019 | $347.75 | $374.82 | | | $722.57 | | | | | | 2/1/2019 | $510.65 |
| | | | | | | | | | | | 2/19/2019 | $408.52 |
| | | | | | | | | | | | 2/28/2019 | $408.52 |
| 3/28/2019 | $347.75 | $374.82 | | | $722.57 | | | | | | 3/29/2019 | $510.65 |
| 4/28/2019 | $347.75 | $374.82 | | | $722.57 | | | | | | 4/25/2019 | $408.52 |
| 5/28/2019 | $347.75 | $374.82 | | | $722.57 | | | | | | 5/23/2019 | $408.52 |
| 6/28/2019 | $347.75 | $392.93 | | | $740.68 | | | | | | | |
| 7/28/2019 | $347.75 | $392.93 | | | $740.68 | | | | | | 7/22/2019 | $408.52 |
| 8/28/2019 | $347.75 | $392.93 | | | $740.68 | | | | | | | |
| 9/28/2019 | $347.75 | $392.93 | | | $740.68 | | | | | | 9/13/2019 | $1,759.82 |
| | | | | | | | | | | | 9/25/2019 | $408.52 |
| 11/28/2019 | $347.75 | $392.93 | | | $740.68 | | | | | | 11/23/2019 | $724.57 |
| 12/28/2019 | $347.75 | $392.93 | | | $740.68 | | | | | | 12/2/2019 | $106.96 |
| | | | | | | | | | | | 12/9/2019 | $511.75 |
| | | | | | | | | | | | 12/23/2019 | $511.75 |
| 1/28/2020 | $347.75 | $392.93 | | | $740.68 | | | | | | 1/27/2019 | $511.75 |
| 2/28/2020 | $347.75 | $392.93 | | | $740.68 | | | | | | | |
| | | | | | $0.00 | | | | | | 3/4/2020 | $409.40 |
| | | | | | $0.00 | | | | | | | $201.74 |

**Audit by PEGGY SPISAK**

Completed 3/25/2020

Page 2 of 4

# Motion Work Sheet

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | | | | | $0.00 | | | | | | | |
| | **Non Amortized Fees:** | | | | | | | | | | | |
| | | | | | **Total Due** | | | | | | | |
| 12/9/2019 | LATE FEE PYT | | | | -$35.27 | | | | | | | |
| 11/23/2019 | LATE FEE PYT | | | | -$29.18 | | | | | | | |
| | LATE FEE PYT | | | | $9.13 | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Pre-petition foreclosure expenses removed from post petition due and added to claim. ----------------------->** | | | | | - | | | | | | | |
| **Negative Escrow Fees Removed from Amount due & shown Below for Accounting Purposes Only.-------->** | | | | | - | | | | | | | |

## ACCOUNT SUMMARY

Audit by PEGGY SPISAK

Completed 3/25/2020

**TOTAL AMOUNT DUE FROM DEBTOR SINCE BANKRUPTCY FILING**      $43,008.75

**TOTAL AMOUNT PAID BY DEBTOR SINCE BANKRUPTCY FILING**      $4,603.75

**TOTAL AMOUNT THE DEBTOR IS DELINQUENT SINCE BANKRUPTCY FILING**      $38,405.00

|  | ( | **51.85 MONTHS OF PAYMENTS** |
|---|---|---|
|  | ( $740.68 |  |

| | |
|---|---|
| **ORIGINAL PROOF OF CLAIM ARREARAGE** | $20,573.96 |
| **PRE-PETITION FEES  ADDED TO CLAIM** | $0.00 |
| **AMENDED PROOF OF CLAIM  (if applicable)** | $20,573.96 |
| **TOTAL TRUSTEE PAYMENTS** | $20,573.96 |
| **LESS ESCROW SHORTAGE** | |
| | |
| **TOTAL PRE-PETITION BALANCE DUE** | $0.00 |

| | | |
|---|---|---|
| **TOTAL ESCROW ADVANCES (listed above)** | $0.00 | |
| **TOTAL ACCOUNT DELINQUENCY** | $38,405.00 | |

**NOTES:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Audit by PEGGY SPISAK    Completed 3/25/2020    **Page 4 of 4**